

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00368-CV

**TEXAS REAL ESTATE COMISSION**,
Appellant

v.

Shahin **ASGARI** and Ahmad Borghei,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 343425
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellees Shahin Asgari and Ahmad Borghei recover their costs of this appeal from the appellant Texas Real Estate Commission.

SIGNED April 10, 2013.

_____
Catherine Stone, Chief Justice